FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON ARELLANO,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>BEN CURRY, WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 07-2730-AHM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 19, 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\ARELLANO, F 2730\Judgment.wpd